IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MISCELLANEOUS NO.: 12-23

IN RE: $68,600 IN U.S. CURRENCY

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE COMPLAINT**

The United States moves for an order extending the time to file a civil forfeiture complaint against $68,600 in U.S. Currency for thirty days, from April 8, 2012 until May 8, 2012, pursuant to 18 U.S.C. § 983(a)(3)(A).  The United States and Claimant agree that the requested extension is appropriate.

        Respectfully submitted,

        KENNETH J. GONZALES
        United States Attorney

        *Electronically filed April 3, 2012*
        CYNTHIA L. WEISMAN
        Assistant U.S. Attorney
        P.O. Box 607
        Albuquerque, New Mexico  87103-0607
        (505) 346-7274

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 3rd day of April, 2012, I served the foregoing by mail:

ROBERT J. GORENCE, ESQ.
Attorney for Claimant
1305 Tijeras Avenue NW
Albuquerque, NM 87102

    /s/
CYNTHIA L. WEISMAN
Assistant U.S. Attorney