IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MISCELLANEOUS NO.: 12-23 MV

IN RE: $68,600 IN U.S. CURRENCY

### ORDER EXTENDING TIME TO FILE COMPLAINT

This matter is before the Court on the unopposed motion for extension of time to file a civil forfeiture complaint against $68,600 in U.S. Currency until May 8, 2012. The United States and Claimant agree that an extension is appropriate.

WHEREFORE, it is Ordered that the time to file a complaint for forfeiture is extended until **May 8, 2012.**

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

 *Electronically submitted 4/5/12* 
CYNTHIA L. WEISMAN
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM  87103
Telephone: (505) 364-7274

APPROVED BY:

 *Approved by email 3/28/12* 
ROBERT J. GORENCE
Attorney for Claimant
1305 Tijeras Avenue NW
Albuquerque, NM 87102
Telephone: (505) 244-0214